UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIO JUSTO RAMOS CARRILLO, | Case No. 2:25-cv-02315-TLN-JDP |
| Petitioner, | |
| v. | **ORDER** |
| UNKNOWN, | |
| Respondents. | |

Petitioner Lucio Justo Ramos Carrillo ("Peitioner"), a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 13, 2025, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has not filed objections to the findings and recommendations.

Although it appears from the file that Petitioner's copy of the findings and recommendations was returned, Petitioner was properly served. It is the Petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1     The Court has reviewed the file and finds the findings and recommendations to be
2 supported by the record and by the magistrate judge's analysis.
3     Accordingly, IT IS HEREBY ORDERED that:
4     1. The findings and recommendations filed November 13, 2025, are adopted in full;
5     2. This action is DISMISSED without prejudice for failure to pay the filing fee, to
6 prosecute, and to comply with court orders for the reasons set forth in the August 20, 2025 order;
7     3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. §
8 2253; and
9     4. The Clerk of Court is directed to close this case and to enter judgment accordingly.
10     IT IS SO ORDERED.
11 Date: December 15, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2